Search - 20 Results - boiler /p inspect! Page 1 of 2

Case 4:06-cv-00105-CDL    Document 17-4    Filed 10/02/07    Page 1 of 2

Source: My Sources > Georgia > Find Statute, Regulations, Administrative Materials & Court Rules > GA - Rules and Regulations of the State of Georgia
TOC: Rules and Regulations of the State of Georgia > > CHAPTER 300-6-1 GEORGIA BOILER AND PRESSURE VESSEL RULES > 300-6-1-.07 Boiler and Pressure Vessel Inspection Requirements. Amended.
Terms: boiler /p inspect! (Edit Search | Suggest Terms for My Search)

✒Select for FOCUS™ or Delivery

*Ga. Comp. R. & Regs. r. 300-6-1-.07*

RULES AND REGULATIONS OF THE STATE OF GEORGIA
Copyright (c) 2007, Darby Printing Company
All Rights Reserved.

\*\*\* THIS DOCUMENT IS CURRENT THROUGH THE 07/31/07 CUMULATIVE SUPPLEMENT \*\*\*

TITLE 300: GEORGIA DEPARTMENT OF LABOR
SAFETY ENGINEERING
CHAPTER 300-6-1 GEORGIA BOILER AND PRESSURE VESSEL RULES

Ga. Comp. R. & Regs. r. 300-6-1-.07 (2007)

300-6-1-.07 **Boiler** and Pressure Vessel **Inspection** Requirements. Amended.

   (1) On and after January 1, 1986, each **boiler** and pressure vessel used or proposed to be used within this State, except for **boilers** and pressure vessels exempted under O.C.G.A. Section 34-11-7, shall be thoroughly **inspected** as to their construction, installation, and condition as follows:

(a) Power **boilers** and high pressure, high temperature water **boilers** shall receive a permit **inspection** annually.

(b) Low pressure steam or vapor **boilers** shall receive a permit **inspection** biennially.

(c) Hot water heating and hot water supply **boilers** shall receive a permit **inspection** biennially.

(d) Pressure vessels shall receive a permit inspection quadrennial with an internal inspection at the discretion of the Inspector.

(e) The Commissioner, the Chief **Inspector**, or any Deputy **Inspector** shall have free access during reasonable hours to any premises in the State where **boilers** or pressure vessels are being constructed, installed, operated, maintained, or repaired for the purpose of performing any required safety **inspections** in accordance with the **Boiler** and Pressure Vessel Safety Act, Chapter 11 of Title 34 and these Rules and Regulations. Any owner-user or person responsible for **boilers** or pressure vessels that denies access to **Inspectors** shall be in violation of the Act.

(2) Cessation orders on unsafe equipment or equipment operating in violation of these Rules.

(a) The Commissioner or his authorized representative may issue a written order for the temporary cessation of operation of a **boiler** or pressure vessel if it has been determined after **inspection** to be hazardous or unsafe. Operation shall not resume until such conditions are corrected to the satisfaction of the Commissioner or his authorized representative.

(b) If a **boiler** or pressure vessel is found to be operating after a cessation order has been issued, and/or prior to the required **inspections,** a penalty may be assessed as specified in 300-6-1-.05 and/or 300-6-1-.18 as applicable.

(c) Any person aggrieved by an order or an act of the Commissioner or the Chief Inspector may appeal in accordance with O.C.G.A. 34-11-19.

(3) Reserved.

(4) All **boilers** or pressure vessels overdue for **inspection** as specified by 300-6-1-.07, by more than 6 months, a State Deputy **Inspector** shall **inspect such boilers** or pressure vessels and may invoice the Owner/User for a special **inspection** as specified by 300-6-1-.05(2), in addition to the standard **inspection** fees.

O.C.G.A. Secs. 34-11-4, 34-11-10, 34-11-11.

HISTORY. Original Rule entitled "Special **Inspectors**" adopted. F. Nov. 19, 1985; eff. Dec. 9, 1985. REPEALED: New Rule entitled "**Boiler** and Pressure Vessel Rules" adopted. F. Sept. 28, 1987; eff. Oct. 18, 1987. REPEALED: New Rule entitled "**Boiler** and Pressure Vessel **Inspection** Requirements" adopted. F. June 10, 1991; eff. June 30, 1991. AMENDED: F. Jan. 10, 2000; eff. Jan. 30, 2000. AMENDED: F. Feb. 24, 2003; eff. Mar. 16, 2003.

Source: My Sources > Georgia > Find Statute, Regulations, Administrative Materials & Court Rules > **GA - Rules and Regulations of the State of Georgia**
TOC: Rules and Regulations of the State of Georgia > / . . . / > CHAPTER 300-6-1 GEORGIA BOILER AND PRESSURE VESSEL RULES > **300-6-1-.07 Boiler and Pressure Vessel Inspection Requirements. Amended.**
Terms: **boiler /p inspect!**  (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Friday, September 7, 2007 - 11:25 AM EDT

 About LexisNexis   Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.